OPINION — AG — THE STATE BOARD OF EDUCATION CAN REPLACE, FOR A SCHOOL DISTRICT SHIPPING TEXTBOOKS FOR REPAIR OR REBINDING TO THE STATE BINDERY MAINTAINED BY THE STATE BOARD OF EDUCATION AT MCALESTER, OKLAHOMA, TEXTBOOKS SHIPPED THERETO AND NOT RETURNED OR ACCOUNTED FOR TO THE SCHOOL DISTRICT, SUBJECT TO THE STATUTORY LIMITATIONS AS TO AMOUNT THAT CAN BE USED FOR SUCH PURPOSE. CITE: 70 O.S.H. 16-13 (LIABLE FOR LOSS) (J. H. JOHNSON)